**Opinion issued March 12, 2013**



**In The**

# Court of Appeals
**For The**
# First District of Texas

_____

**NO. 01-12-00609-CV**

_____

**TONYA LASSELA JACKSON, Appellant**

**V.**

**ANTHONY EUGENE WILLIAMS, Appellee**

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 04-DCV-139207**

## MEMORANDUM OPINION

Appellant Tonya Lassela Jackson has failed to timely file a brief. *See* TEX.

R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of

appellant to file brief).   After being notified that this appeal was subject to dismissal, appellant did not respond.   *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.